LAWRENCE GREEN, Respondent, *v.* NORTHERN STEAMSHIP COMPANY, Appellant.

*Greene* v. *Northern Steamship Co* , 11 Misc. Rep. 717, affirmed.
(Submitted March 10, 1898; decided April 19, 1898.)

APPEAL from a judgment and order of the General Term of the late Superior Court of Buffalo, entered January 12, 1895, affirming a judgment in favor of plaintiff, entered upon a verdict, and an order denying a motion for a new trial.

*Frank Brundage* for appellant.

*John Laughlin* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.

----

CORNELIA E. BRETT, as Executrix of JAMES E. BRETT, Deceased, et al., Appellants, *v.* THE HARLAN & HOLLINGSWORTH COMPANY, Respondent.

*Brett* v. *Harlan & Hollingsworth Co.*, 83 Hun, 555, affirmed.
(Argued March 23, 1898; decided April 19, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered June 10, 1895, overruling plaintiff's exceptions, ordered to be heard in the first instance at General Term, and directing judgment in favor of plaintiffs upon a verdict directed by the court.

*Edward B. Whitney* and *Henry W. Goodrich* for appellants.

*Henry B. B. Stapler* and *Henry W. Smith* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.